IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUDE ALEXIS,

    Plaintiff,

v.                                                   Case No. 4:19-cv-259-AW-MAF

MARK S. INCH, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's October 6, 2020, Report and Recommendation. ECF No. 14. No objections have been filed. I have determined the Report and Recommendation should be adopted, and it is incorporated into this order.

The clerk will enter a judgment that says "This case is dismissed for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on November 6, 2020.

                                                 s/ *Allen Winsor*
                                                 United States District Judge